UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KNEIZYS, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> FEDERAL DEPOSIT INSURANCE ) <br> COMPANY, *et al.*, ) <br> ) <br> Defendants. ) | Case No.: 2:19-cv-01499-GMN-DJA <br><br> **ORDER** |

On March 17, 2020, pro se Plaintiff Steven Kneizys filed a Surreply, (ECF No. 30), to Defendant Federal Deposit Insurance Company's Reply, (ECF No. 29). Local Rule 7-2(b) provides: "Surreplies are not permitted without leave of court; motions for leave to file a surreply are discouraged." Here, Plaintiff did not seek leave of court and impermissibly filed a Surreply. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Surreply, (ECF No. 30), is **STRICKEN**.

**DATED** this __19__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court