UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN KNEIZYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CO., et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-01499-GMN-DJA<br><br>**ORDER** |

　　　　Presently before the Court is Plaintiff's Motion to Begin Limited Discovery (ECF No. 35), filed on April 27, 2020. To date, no response has been filed.

　　　　Plaintiff seeks to conduct some limited discovery regarding standing, venue and jurisdiction because he alleges that he had a telephone conversation on April 10, 2020 with attorney Arnold S. Clark and believes some of the Defendants are pretending to be pro se namely, James Bohanon, James McLaughlin, and Vicki McLaughlin. He claims that he had a conference with counsel for Defendant FDIC on April 21, 2020 in which she expressed no objection to him taking depositions of those Defendants in Maine along with other individuals in Maine as they continue to be unresponsive in this litigation. However, Plaintiff also indicates that he was informed that James McLaughlin is deceased.

　　　　The Court notes that Plaintiff previously asked for a stay of discovery while his motion to change venue (ECF No. 17) is pending. The Court granted that motion and a stay of discovery is in place. (ECF No. 19). There are also two motions to dismiss pending for the Court to decide. All of these motions are fully briefed so it is unclear how Plaintiff believes he would be able to conduct discovery to supplement these motions. Nevertheless, given that Defendants did not respond, which constitutes consent to granting the motion, the Court will grant Plaintiff's request

1  to conduct limited discovery during this stay only as it relates to Defendants James Bohanon,
2  James McLaughlin, and Vicki McLaughlin.
3      IT IS THEREFORE ORDERED that Plaintiff's Motion to Begin Limited Discovery (ECF
4  No. 35) is **granted**.
5      DATED: May 13, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE