UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN KNEIZYS,<br><br>             Plaintiff,<br><br>      v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>             Defendants. | NO. C20-1402RSL<br><br>ORDER GRANTING MOTION TO DELAY SUBMISSION OF A JOINT STATUS REPORT |

This matter comes before the Court on plaintiff's "Motion to Set/Extend Deadline." Dkt. # 51. The case was recently transferred to the undersigned with a number of motions pending. In light of the unopposed nature of plaintiff's request, the Court will not issue an order requiring the submission of a joint status report until the pending motions (Dkt. # 13, 31, 39, 41, and 42) have been resolved. Plaintiff's motion to delay the filing of a discovery plan is, therefore, GRANTED.

Dated this 14th day of October, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER - 1