UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN KNEIZYS,

    Plaintiff,

    v.

FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,

    Defendants.

NO. C20-1402RSL

ORDER DENYING INDIVIDUAL DEFENDANTS' MOTION TO DISMISS AS MOOT

    This matter comes before the Court on the "McLaughlin Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and for Improper Venue." Dkt. # 13. The moving defendants are James McLaughlin, Vicki McLaughlin, and James Bohanon.

    At the time the motion was filed, this case was pending in the United States Court for the District of Nevada. Defendants accordingly focused their arguments on their jurisdictional contacts with Nevada and, in the alternative, whether venue was proper in that district. The case has since been transferred to the United States Court for the Western District of Washington, making defendants' arguments moot. The motion to dismiss is therefore DENIED without prejudice to the issues being raised again.

ORDER DENYING INDIVIDUAL
DEFENDANTS' MOTION TO DISMISS - 1

Dated this 26th day of October, 2020.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING INDIVIDUAL
DEFENDANTS' MOTION TO DISMISS - 2