UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN KNEIZYS,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,

    Defendants.

NO. C20-1402RSL

ORDER STRIKING OBJECTIONS AS MOOT

This matter comes before the Court on "Plaintiff's Objection to Defendant FDIC's Reply Brief on their Motion to Dismiss." Dkt. # 31. The underlying motion to dismiss (Dkt. # 25) was denied by the Honorable Gloria M. Navarro, United States District Judge of the District of Nevada, before the above-captioned matter was transferred to this district. *See* Dkt. # 48 at 8. Because the motion is no longer pending, plaintiff's objections to the assertions made in and evidence provide with the FDIC's reply memorandum are moot and will not be considered by the undersigned.

Dated this 26th day of October, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER STRIKING OBJECTIONS - 1