UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN KNEIZYS,<br><br>                Plaintiff,<br><br>      v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,<br><br>                Defendants. | NO. C20-1402RSL<br><br>ORDER STRIKING NOTICE OF WITHDRAWAL |

On November 10, 2020, attorney Teresa Hilkey Pearson entered her appearance in the above-captioned matter (Dkt. # 55) and Allyson R. Johnson filed a notice of withdrawal of counsel for Defendant Federal Deposit Insurance Corporation (Dkt. # 56). Pursuant to LCR 83.2(b)(1), "[n]o attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court, unless the withdrawal complies with the requirements of subsections (b)(2) or (b)(3)." Neither of the referenced subsections applies here.

Accordingly, the notice of withdrawal as counsel (Dkt. # 56) is hereby STRICKEN. Ms. Johnson remains counsel of record until the Court grants leave to withdraw.

ORDER STRIKING NOTICE
OF WITHDRAWAL - 1

Dated this 12th day of November, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER STRIKING NOTICE
OF WITHDRAWAL - 2