UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN KNEIZYS,<br><br>        Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*<br><br>        Defendants. | NO. C20-1402RSL<br><br>ORDER SETTING ASIDE CLERK'S ORDER OF DEFAULT AGAINST DEFENDANTS VICKI McLAUGHLIN AND JAMES BOHANON |

The Court having considered the Stipulated Motion to Set Aside Clerk's Order of Default Against Defendants Vicki McLaughlin and James Bohanon, and based upon the agreement of the affected parties therein and for good cause shown, it is hereby

ORDERED that the Clerk's Order of Default dated December 3, 2020, Docket No. 63, entered against defendants Vicki Laughlin and James Bohanon, is hereby SET ASIDE and said defendants are given leave to appear in this Court and to answer and otherwise to defend in this action.

Dated this 17th day of December, 2020.

ORDER SETTING ASIDE DEFAULT - 1

**Law Office Charles R. Horner, PLLC**
1911 Southwest Campus Drive, No. 727
Federal Way, Washington 98023
Tel.: 206-381-8454  Fax: 866-876-8280

*[signature: Robt S Lasnik]*

Robert S. Lasnik
United States District Judge

Presented by:

LAW OFFICE OF CHARLES R. HORNER, PLLC

By: _____s/ Charles R. Horner_____
    Charles R. Horner, WSBA No. 27504
    Attorney for Defendants Vicki
    McLaughlin and James Bohanon

See plaintiff's signature on proposed order attached to motion

_____
Steven Kneizys, plaintiff *pro se*

ORDER SETTING ASIDE DEFAULT - 2

**Law Office Charles R. Horner, PLLC**
1911 Southwest Campus Drive, No. 727
Federal Way, Washington  98023
Tel.: 206-381-8454  Fax: 866-876-8280