UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN KNEIZYS,

          Plaintiff,

    v.

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, RONALD V. RICE, NORMAN R. MORRISON JR., FRANKLIN H. MORRISON, JAMES BOHANON, JAMES MCLAUGHLIN, and VICKI MCLAUGHLIN,

          Defendants.

Case No. 2:20-cv-01402-RSL

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR FDIC (Allyson Johnson for Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank)

For good cause shown, Allyson R. Johnson of Sylvester & Polednak, Ltd.'s motion to withdraw as counsel (Dkt. # 59) is GRANTED. Allyson R. Johnson and Sylvester & Polednak, Ltd. are no longer counsel for defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank in this case.

Dated this 5th day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204