UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN KNEIZYS,

              Plaintiff,

     v.

FEDERAL DEPOSIT INSURANCE CORP., *et al.*,

              Defendants.

Case No. C20-1402RSL

ORDER TO SHOW CAUSE

On January 14, 2021, the Court issued an order requiring the parties to file a Joint Status Report by February 11, 2021. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Thursday, July 29, 2021, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of January 14, 2021. The Clerk is directed to place this Order to Show Cause on the Court's calendar for July 30, 2021.

DATED this 8th day of July, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge