UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN KNEIZYS,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, RONALD V. RICE, NORMAN R. MORRISON JR., FRANKLIN H. MORRISON, JAMES BOHANON, JAMES MCLAUGHLIN, and VICKI MCLAUGHLIN,

    Defendants.

Case No. 2:20-cv-01402-RSL

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR FDIC

For good cause shown, Teresa H. Pearson's motion to withdraw as counsel is granted. Teresa H. Pearson is no longer counsel for defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank, in this case.

IT IS SO ORDERED.

DATED this 29th day of September, 2021.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL FOR FDIC (Teresa H. Pearson) - 1
(2:20-cv-01402-RSL)

MILLER NASH LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
111 S.W. FIFTH AVENUE, SUITE 3400
PORTLAND, OREGON 97204

123604-0002/4829-2109-6914.2