1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  STEVEN KNEIZYS,

10              Plaintiff,

11       vs.

12  FEDERAL DEPOSIT INSURANCE
    CORPORATION, et al.,

13

14              Defendants.

NO.  C20-1402RSL

ORDER STAYING CASE AND
REMOVING CASE FROM ACTIVE
CASELOAD

15
16       It is  HEREBY ORDERED that this action shall be stayed and removed from this Court's active

17  caseload until further application by the parties or order of this Court.  The parties shall, within 14 days

18  of the decision from the Maine Supreme Judicial Court sitting as the Law Court, file a joint status report

19  with this Court.

20       This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

21
22       DATED this 26th day of April, 2022.

23
24
25                                          *Robert S. Lasnik signature*

26                                          Robert S. Lasnik
                                            United States District Judge
27
28  ORDER STAYING CASE AND REMOVING CASE FROM ACTIVE CASELOAD