|    |                                                                                                                                                                 |                              |
|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------|
|    | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE                                                                                    |                              |
| 10 | STEVEN KNEIZYS,                                                                                                                                                 |                              |
| 11 | Plaintiff,                                                                                                                                                      | Case No. 2:20-cv-01402-RSL   |
| 12 | v.                                                                                                                                                              |                              |
| 13 | FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL BANK, RONALD V. RICE, NORMAN R. MORRISON JR., FRANKLIN H. MORRISON, JAMES BOHANON, JAMES MCLAUGHLIN, and VICKI MCLAUGHLIN, | ORDER OF DISMISSAL           |
|    | Defendants.                                                                                                                                                     |                              |

Based upon (i) this Court's March 21, 2022, Order Granting in Part FDIC-Receiver's Motion for Summary Judgment and Certifying Question to the Maine Supreme Judicial Court (Dkt. No. 106, the "**Summary Judgment Order**") and (ii) Plaintiff Steven Kneizys ("**Plaintiff**") and Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank (the "**FDIC-Receiver**"), Stipulated Motion for Dismissal filed herein on March 23, 2023, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Page 1 -   Order of Dismissal

1.     1.    Plaintiff's claims against the FDIC-Receiver are dismissed with prejudice and without award of fees, costs, or disbursements to any party.

2.     2.    The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff..

DATED this 24th day of March, 2023.

_____
Robert S. Lasnik
United States District Court Judge

Page 2 -   Judgment of Dismissal (FDIC)

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204