UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVEN KNEIZYS,

        Plaintiff,

   v.

FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*,

        Defendants.

CASE NO. 2:20-cv-01402-RSL

ORDER ON REMAND

     This matter comes before the Court on remand from the United States Court of Appeals for the Ninth Circuit with instructions to dismiss plaintiff's reformation claim for lack of subject matter jurisdiction. The text of Section C of the Court's "Order regarding FDIC-Receiver's Motion for Summary Judgment," Dkt. # 106, is hereby deleted in its entirety and replaced with the following:

> Plaintiff seeks reformation of the original mortgage from Alfreda Morrison to Washington Mutual's predecessor, North American Mortgage Company. The Court lacks subject matter jurisdiction over this claim because plaintiff failed to file a timely administrative claim under the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 ("FIRREA"), 12 U.S.C. § 1821(d)(3)-(1), (13)(D).

ORDER ON REMAND - 1

Dated this 28th day of October, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge